UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7260-GW-Ex | Date | May 28, 2024 |
|---|---|---|---|
| Title | *Jardine Gougis v. El Caporal Mexican Food, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Notice of Settlement (ECF No. 20). Based thereon, the Court vacates all currently set dates, including the May 30 post mediation status conference off-calendar and sets an Order to Show Cause re settlement for June 27, 2024 at 8:30 a.m.  The parties are to file a dismissal by June 25.

:

Initials of Preparer   JG