JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>        Plaintiff,<br><br>    v.<br><br>EL CAPORAL MEXICAN FOOD, INC., et al.,<br><br>        Defendants. | Case No.  CV 23-7260-GW-Ex<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon Plaintiff's Notice of Voluntary Dismissal of Entire Action With Prejudice [23], filed on June 25, 2024, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: June 26, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE